United States District Court
Southern District of Texas
**ENTERED**
June 05, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YANIRA GONZALEZ, BOP #09161-509, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-24-3562 |
| | § | |
| WARDEN TANISHA HALL, FPC BRYAN, | § | |
| | § | |
| Respondent. | § | |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITHOUT PREJUDICE.**

This is a **FINAL JUDGMENT.**

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this the 5th day of June, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE